UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | | |
|---|---|---|
| LINDA HAMILTON, | ) | CASE NO: 6:10-cv-01442-JTM-KMH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JEHAN FAMILY INVESTMENTS | ) | |
| LLC, a Kansas limited liability | ) | |
| company | ) | |
| | ) | |
| Defendant. | ) | |
| _____/ | | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereto stipulate that the above-captioned matter is hereby dismissed with prejudice.

Dated: August 22, 2011

Respectfully submitted,

s/Stephan M. Nitz                                s/ James T. McIntyre_____
Stephan M Nitz                                      Kansas Bar No.: 11814
FBN: 45561                                            6235 West Kellogg Drive
Schwartz Zweben, LLP                        Wichita, Kansas 67209
3876 Sheridan Street                            (316)-264-8857 - Telephone
Hollywood, Florida 33021                   jmcintyrelaw@gmail.com
(954-966-2483 – Telephone
(954) 374-6972 - Facsimile
snitz@szalaw.com


s/Lawrence W. Williamson_____
Lawrence W. Williamson, Jr.
Kansas Bar No: 21282
Williamson Law Firm LLC
218 Delaware, Ste., #207

1

Kansas City, MO 64105
(816) 256-4150 – Telephone
(913) 535-0736 – Facsimile
l.williamson@williamsonfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2011, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants Stephan M. Nitz, Esq., at snitz@szalaw.com, and Lawrence W. Williamson, Esq., at l.williamson@williamsonfirm.com.

                                                                                ____/s/ Stephan M. Nitz_____
                                                                                     Stephan M. Nitz